# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JOHN CHRISTOPHER FINE,**

**Plaintiff,**

v.  Case No: 5:15-cv-21-Oc-28PRL

**ROBERT H. BAER and TYRRELL L. ARMSTRONG,**

**Defendants.**

# ORDER

This case is before the Court on Plaintiff's Motion for Award of Attorney's Fees, Costs, and Litigation Expenses (Doc. No. 57). The assigned United States Magistrate Judge has submitted a Report (Doc. 72) recommending that the motion be granted to the extent set forth therein. No party has filed an objection to the Report and Recommendation and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 72) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Attorney's Fees (Doc. No. 57) is **GRANTED** to the extent that Plaintiff is awarded attorney's fees in the amount of $54,006.30 pursuant to 15 U.S.C. § 505 and that costs be taxed in favor of Plaintiff in the amount of $4,057.10 pursuant to 28 U.S.C. § 1920.

**DONE** and **ORDERED** in Orlando, Florida, on April 21, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record